Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Attorneys for Defendant
Clarity Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CORNELIUS; REINALDO NARVAEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CLARITY SERVICES, INC; CASH 1, LLC; QC HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:22-cv-01372-CDS-DJA<br><br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed: 8/24/2022 |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiffs John Cornelius and Reinaldo Narvaez ("Plaintiffs"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on August 24, 2022. (ECF No. 1.) and currently Clarity's responsive pleading is due September 19, 2022. The first extension will allow Clarity an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Clarity stipulate and agree that Clarity shall have an extension until October 19, 2022, to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 16th day of September 2022.

| | |
|---|---|
| NAYLOR & BRASTER | KRIEGER LAW GROUP, LLC |
| By: */s/ Benjamin Gordon* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant* <br> *Clarity Services, Inc.* | By: */s/ Shawn W. Miller* <br> David H. Krieger <br> Nevada Bar No. 9086 <br> Shawn Wayne Miller <br> Nevada Bar No. 7825 <br> 5502 S. Fort Apache Road, Suite 200 <br> Las Vegas, NV 89148 <br> Email: dkrieger@kriegerlawgroup.com <br> Email: smiller@kriegerlawgroup.com <br><br> *Attorneys for Plaintiffs John Cornelius and Reinaldo Narvaez* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 19, 2022